JS-6

FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EARL WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.C. MARSHALL, Warden,<br><br>　　　　Defendants. | Case No. CV 07-6541-GPS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: 1/14/08

George P. Schiavelli
United States District Judge